**NORWALK COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8468.

Circuit Court of Appeals, Ninth Circuit.

March 14, 1938.

Weil & Weil, of Los Angeles, Cal., for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Ellis N. Slack, Sp. Assts. to Atty. Gen., for respondent.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, consented to by counsel for respondent, ordered decision of Board of Tax Appeals herein affirmed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

■

**QUEEN INSURANCE COMPANY OF AMERICA, Appellant, v. R. P. WINEMAN, Appellee.**

No. 7455.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1938.

Fitzhugh, Murrah & Fitzhugh, of Memphis, Tenn., for appellant.

R. Lee Bartels and Alfred Sohm, both of Memphis, Tenn., for appellee.

Before SIMONS and ALLEN, Circuit Judges, and WEST, District Judge.

PER CURIAM.

It being the opinion of the court that there was substantial evidence upon which to submit to the jury an issue of fact as to whether or not the property insured by the policy upon which suit was brought was struck by lightning within the coverage of the policy, and it being further the opinion of the court that the excluded evidence was not an official record, nor that it was made admissible by the Act of June 20, 1936, c. 640, § 1, 49 Stat. 1561 (T. 28, U.S.C., § 695, 28 U.S.C.A. § 695), enacted since the trial, and it being further the opinion of the court that the defendant's theory of applicable depreciation was substantially submitted to the decision of the jury, and there being no other prejudicial error in the case, the judgment below is affirmed.